IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01844-LTB-CBS

SOLOMON BEN-TOV COHEN,
          Plaintiff,
v.

MICHAEL MUKASEY, Attorney General,
          Defendant.

---

## ORDER

---

Magistrate Judge Craig B. Shaffer

        This civil action comes before the court on Mr. Cohen's Motion and Brief "for Additional Law Library" (filed October 9, 2008) (doc. # 13). Pursuant to the Order of Reference dated September 15, 2008 (doc. # 6) and the memorandum dated October 10, 2008 (doc. # 15), Mr. Cohen's Motion was referred to the Magistrate Judge. Mr. Cohen asks the court to order that "GEO Detention facility, where Petitioner is incarcerated, provide Petitioner with 15 hours of Law Library time a week . . . ." As the court does not have the authority to override the policies or regulations governing the law library at the GEO Group, Inc. detention center, Mr. Cohen's request is properly denied.

        Accordingly, IT IS ORDERED that Mr. Cohen's Motion and Brief "for Additional Law Library" (filed October 9, 2008) (doc. # 13) is DENIED.

        DATED at Denver, Colorado, this 10th day of October, 2008.

                                        BY THE COURT:


                                          s/Craig B. Shaffer
                                        United States Magistrate Judge

1