IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-01844-LTB-CBS

SOLOMON BEN-TOV COHEN MA (CANTAB),

      Petitioner,

v.

THERESA HUNT, Warden of GEO-ICE Detention Facility, Aurora, Colorado,

      Respondent.

_____

**ORDER**
_____

On April 12, 2010, the Tenth Circuit Court of Appeals entered its Order and Judgment and directed issuance of the Mandate forthwith. In the Order and Judgment, the Court granted the Government's Motion to Dismiss in part stating "because the release/bond claims and the requests for declaratory and injunctive relief are moot, we vacate those portions of the District Court's Order dealing with these claims and remand with instructions to dismiss those claims." The Court affirmed dismissal of the claims seeking damages. Finally, the Motion to Restore was denied. Accordingly

IT IS ORDERED that Solomon Ben-Tov Cohen's release/bond claims are DISMISSED.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                      Lewis T. Babcock, Judge

DATED: April 13, 2010